UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re: | **STIPULATION AND ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO- DEBTOR STAY** |
| ANTHONY PETER UZZO, | Case No. 17-35050-CGM |
| | (Chapter 13) |
| Debtor. | |

_____

WHEREAS, the debtor, Anthony Peter Uzzo, filed a Chapter 13 bankruptcy proceeding on January 17, 2017.

WHEREAS, Nissan Motor Acceptance Corporation, is a secured creditor herein and the holder of a duly perfected purchase money security interest in one (1) 2014 Nissan Sentra (V.I.N. 3N1AB7AP2EY252528), owned by and upon information and belief, in the possession and control of the debtor.

WHEREAS, on or about August 14, 2017, Nissan Motor Acceptance Corporation filed a Motion for Relief from Stay and Co-Debtor Stay.

WHEREAS, a hearing is scheduled for October 24, 2017 at 10:50 a.m. before the Honorable Cecelia G. Morris in Poughkeepsie, New York.

WHEREAS, the parties have agreed to enter into a Stipulation.

NOW, upon all pleadings and proceedings heretofore had herein, and the parties having agreed to enter into the following Stipulation and Oder which will resolve Nissan Motor Acceptance Corporation's Motion for Relief form the Automatic Stay and Co- Debtor Stay:

1. As of October 9, 2017, Nissan Motor Acceptance Corporation's records indicate the Debtor is current on the monthly payments. The debtor shall pay reasonable attorney/filing fee in the amount of $351.00 through his Chapter 13 Plan and amend debtor's plan to reflect same, to the extent deemed necessary by the Chapter 13 Trustee.

2. The Creditor shall be entitled to file an additional secured proof of claim in the amount of $351.00 reflecting attorney fees/ filing fee to be paid to the creditor through the plan.

DATED:   Latham, New York
                October 12, 2017

                                          */s/ Martin A. Mooney*
                                          Martin A. Mooney, Esq.
                                          SCHILLER, KNAPP, LEFKOWITZ & HERTZEL
                                          Attorney for Creditor
                                          Office and P.O. Address:
                                          950 New Loudon Road
                                          Latham, New York 12110
                                          Tel:   (518) 786-9069


DATED:   Kingston, New York
                October 12, 2017

                                          */s/ Erin C. Burud*
                                          Erin C Burud
                                          Attorney for Debtor
                                          Legal Services of the Hudson Valley
                                          550 Aaron Court
                                          Kingston, NY 12401
                                          845-331-9373



**Dated: October 17, 2017**
     **Poughkeepsie, New York**

                                          **/s/ Cecelia G. Morris**
                                          _____
                                          **Hon. Cecelia G. Morris**
                                          **Chief U.S. Bankruptcy Judge**