**Legal Services of the Hudson Valley**
Protecting Rights Promoting Justice

www.lshv.org

**WESTCHESTER**
90 Maple Avenue
White Plains, NY 10601
914-949-1305
914-949-6213 Fax

30 South Broadway
Yonkers, NY 10701
914-376-3757
914-376-8739 Fax

100 East First Street
Suite 810
Mount Vernon, NY 10550
914-813-6880
914-813-6890 Fax

One Park Place
Suite 303
Peekskill, NY 10566
914-402-2192
914-402-5185 Fax

**DUTCHESS**
331 Main Street
2nd Floor, Suite 200
Poughkeepsie, NY 12601
845-471-0058
845-471-0244 Fax

**ULSTER**
550 Aaron Court
Kingston, NY 12401
845-331-9373
845-331-4813 Fax

**ORANGE/SULLIVAN**
One Corwin Court
Suite 102
Newburgh, NY 12550
845-569-9110
845-569-9120 Fax

17 Hamilton Avenue
Monticello, NY 12701
845-569-9110
845-569-9120 Fax

**ROCKLAND**
7A Perlman Drive
Spring Valley, NY 10977
845-476-3831
845-352-0832 Fax



December 12, 2017

Chambers of the Honorable Chief Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

        Re:    Anthony Peter Uzzo
                Bankruptcy Case No.: 17-35050 (cgm)
                Loss Mitigation Hearing Date: 12/12/2017 9:30 AM

Dear Judge Morris:

Legal Services of the Hudson Valley represents the above-named Chapter 13 debtor in his bankruptcy case and submits this status report on his behalf.

On December 4, 2017, I spoke with Ms. Wendy Sinrilus from opposing counsel's office. Ms. Sinrilus indicated that the only document being requested by her client (Caliber) was a signed and dated profit and loss statement for the month of October, 2017. Ms. Sinrilus sent an e-mail confirming this request to me later that same day. On December 5, 2017, I provided this requested information to Ms. Sinrilus. The debtor, and my office, believes the modification application to be complete at this time.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Lee Terry, Esq.
Staff Attorney
Legal Services of the Hudson Valley
331 Main Street, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 471-0058, extension 431
Fax: (845) 471-0244

cc: Seung Woo Lee, Esq. (via ECF)
cc: Jeffrey Sapir, Esq. (via ECF)